# Notice Recipients

District/Off: 1084–1        User: admin           Date Created: 9/18/2020
Case: 20–01053–j            Form ID: summons      Total: 1

**Recipients of Notice of Electronic Filing:**
aty         James Clay Hume         James@hume–law–firm.com

TOTAL: 1