# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re.  MICHAEL JACQUES JACOBS                                    bankr. no. 19-12591
f/d/b/a Michael Jacobs Photojournalism,

Debtor.


MICHAEL JACQUES JACOBS,                                          adv. no. 20-01053-j
f/d/b/a Michael Jacobs Photojournalism,

Plaintiff,

v.

DLJ MORTGAGE CAPITAL, INC and
SELENE FINANCE, LP, and
CS PARTICIPATION, LLC, and
U.S. BANK NATIONAL ASSOCIATION as
Trustee for the Holders of Maiden Lane Asset
Backed Securities I Trust 2008-1 Maiden Lane
2008-1 Trust; and
BANK OF NEW YORK MELLON as Trustee
for Encore Credit Receivables Trust 2005-2
Trust and
NATIONSTAR MORTGAGE LLC d/b/a Mr.
Cooper Group, Inc. and
MORTGAGE ELECTRONIC REGISTRATION
SYTSTEMS, INC and
DOES 1 through 20,

Defendants.

## **CERTIFICATE OF SERVICE**

I, James Clay Hume, JD, certify that service of this summons and a copy of the complaint

was made September 25, 2020 by:

- Mail service: Regular, first class United States mail, postage fully pre-paid,
  addressed to:

  DLJ Mortgage Capital Corp
  Attn. Owner, Manager, or Other Operating Officer
  277 Park Avenue
  Front 2

1

New York, NY  10172

Selene Finance LP
Attn. Owner, Manager, or Other Operating Officer
120 Gibraltar Road
Suite 300
Horsham, PA  19044

Selene CS Participation LLC
Attn. Owner, Manager, or Other Operating Officer
2711 Centerville Road
Suite 400
Wilmington, DE  19808

U.S. Bankcorp Center
Attn. Owner, Manager, or Other Operating Officer
800 Nicollet Mall
Minneapolis, MN  55402-7014

Bank of New York Mellon
Attn. Owner, Manager, or Other Operating Officer
240 Greenwich Street
New York, NY  10286

Nationstar Mortgage LLC
Attn. Owner, Manager, or Other Operating Officer
2711 Centerville Road
Suite 400
Wilmington, DE  19808

MERS
Attn. Owner, Manager, or Other Operating Officer
1818 Library Street
Suite 300
Reston, VA  20190

❑     Personal Service: By leaving the process with the defendant or with an officer
      or agent of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the
      process by certified mail addressed to the following officer of the defendant
      at:

❑       Publication: The defendant was served as follows: [Describe briefly]

❑       State Law: The defendant was served pursuant to the laws of the State of
_____
, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

September 25, 2020                    Respectfully submitted by,

                                     *electronically signed*
                                     James Clay Hume, JD
                                     *Attorney for Plaintiff*
                                     HUME LAW FIRM
                                     PO Box 10627
                                     Alameda, NM  87184
                                     (505) 888-3606
                                     james@hume-law-firm.com